NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK J. PROCHAZKA,**
*Plaintiff-Appellee,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

---

2013-5052

---

Appeal from the United States Court of Federal Claims in No. 06-CV-0827 Judge Susan G. Barden.

---

**ON MOTION**

---

**O R D E R**

The United States and Frank J. Prochazka jointly move to voluntarily dismiss this appeal pursuant to Federal Rules of Appellate Procedure 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

FRANK PROCHAZKA V. US                                                      2

    (1)  The motion to dismiss the appeal is granted.  The appeal is dismissed.

    (2)  Each side shall bear its own costs.

    (3)  All other pending motions are denied as moot.


        FOR THE COURT


        /s/ Daniel E. O'Toole
        Daniel E. O'Toole
        Clerk

    s27

Issued As A Mandate: June 20, 2013